```
               UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

| | |
|---|---|
| **CAMERON BRASWELL,** | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| **FCI MEMPHIS WARDEN BOWERS,** | ) |
| Respondent. | ) |

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order docketed on August 5, 2024, dismissing the petition under 28 U.S.C. §2241 for lack of subject matter jurisdiction, certifying that an appeal would not be taken in good faith, and denying leave to proceed in forma pauperis on appeal.

## APPROVED:

_/s/ Samuel H Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 5, 2024                             WENDY R. OLIVER
DATE                                       CLERK

                                            _/s/  Jairo Mendez_
                                           (By) DEPUTY CLERK